NETWAL, Special Administrator, Appellant, vs. HAAS and others, Respondents.

For the appellant: *C. L. Baldwin* of La Crosse.

For the respondents: *Gordon, Law, Brody & Johns* of La Crosse.

*F. E. Withrow* of La Crosse, *amicus curiæ.*

*By the Court.*—Judgment affirmed.


FRYE and another, Appellants, vs. PESTRUI and others, Respondents.

For the appellants: *Max H. Strehlow* of Green Bay.

For the respondents Pestrui: *Eastman & Rose* of Marinette.

For the respondent Marinette Hotel Company: *Harvey C. Hartwig* of Milwaukee.

*By the Court.*—Judgment affirmed.


DICKS, Respondent, vs. DICKS, Appellant.

For the appellant: *Sheldon & Freytag* of Elkhorn.

For the respondent: *Garrigan, Keithley & O'Neal* of Beloit.

*By the Court.*—Judgment affirmed.